UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Anthony Monaco</u>

    v.                                    Civ. No. 10-cv-246-SM

<u>Vacation Camp Resorts</u>
<u>International, Inc. et al.</u>

**O R D E R**

On December 7, 2010, the court granted defendants' assented-to motion to stay this matter (doc nos. 5 and 6), pending the outcome of a motion to dismiss the parties reported was pending in a related matter before the Massachusetts state courts. The parties are directed to provide this court with an update regarding the status of this case on or before May 27, 2011.

    **SO ORDERED.**

                                        _____
                                        Landya B. McCafferty
                                        United States Magistrate Judge

Date: April 27, 2011

cc: Christie Burnett, Esq.
     Anthony Monaco, pro se

LM:jba