UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anthony Monaco

   v.                                  Civil No. 10-cv-246-SM

Vacation Camp Resorts
International, Inc. et al.

**O R D E R**

On December 7, 2010, the court granted defendants' assented-to motion to stay this matter (doc nos. 5 and 6), pending the outcome of a motion to dismiss that the parties reported was pending in a related matter before the Massachusetts state courts.  On April 27, 2011, the parties were directed to provide this court with an update regarding the status of this case by May 27, 2011 (doc. no. 7).  Neither party has done so.

Since the April 27, 2011, Order issued, counsel for defendants withdrew (doc. no. 9), and new counsel has filed appearances on behalf of defendants (doc. nos. 8, 10, and 11). Because the change in counsel may have resulted in an inadvertent failure to comply with this court's April 27, 2011, Order, the parties shall have ten days from the date of this order to file a status report advising the court of the posture

of the case in state court, and the parties' intention with regard to this action. Failure to comply with this Order may result in dismissal of this action.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: June 10, 2011

cc: Scott R. Behman, Esq.
    Anthony Monaco, pro se

LBM:jba